Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
2510 Wigwam Parkway, Suite 206
Henderson, Nevada 89074
T: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ARTURO C. PINEDA, an individual;<br><br>Plaintiff,<br><br>v.<br><br>BANK OF AMERICA, N.A., a national banking association; EQUIFAX, INC., a foreign corporation; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation; TRANS UNION LLC, a foreign limited-liability company;<br><br>Defendants. | Case No.: 2:17-cv-01539-APG-CWH<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT TRANS UNION LLC WITH PREJUDICE** |

Plaintiff, Arturo C. Pineda ("Plaintiff"), and Defendant, Trans Union LLC ("Trans Union") (the "Parties") have resolved all claims, disputes, and differences between the Parties.

///

///

///

///

///

///

///

///

///

///

Therefore, Plaintiff and Trans Union, by and through their respective attorneys of record, and subject to the court's approval, respectfully request dismissal of the above-captioned matter with prejudice under FRCP 41(a) as to Trans Union, with Plaintiff and Trans Union bearing their own attorneys' fees and costs incurred in this action.

Respectfully Submitted.

Dated: August 10, 2017

**LAW OFFICE OF
KEVIN L. HERNANDEZ**

/s/ Kevin L. Hernandez
Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
2510 Wigwam Parkway, Suite 206
Henderson, Nevada 89074
kevin@kevinhernandezlaw.com
*Attorney for Plaintiff*

Dated: August 10, 2017

**AKERMAN LLP**

/s/ Rex D. Garner
Rex D. Garner, Esq.
Nevada Bar No. 9401
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
rex.garner@akerman.com
*Attorneys for Defendant Bank of America, N.A.*

Dated: August 10, 2017

**LEWIS BRISBOIS BISGAARD
& SMITH LLP**

/s/ Jason G. Revzin
Jason G. Revzin, Esq.
Nevada Bar No. 8629
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
Las Vegas, Nevada 89135
jason.revzin@lewisbrisbois.com
*Attorneys for Defendant Trans Union LLC*

Dated: August 10, 2017

**NAYLOR & BRASTER**

/s/ Andrew J. Sharples
Jennifer L. Braster, Esq.
Nevada Bar No. 9982
Andrew J. Sharples
Nevada Bar No. 12866
1050 Indigo Drive, Suite 200
Las Vegas, Nevada 89145
jbraster@naylorandbrasterlaw.com
asharples@naylorandbrasterlaw.com
*Attorneys for Defendant Experian Information Solutions, Inc.*

## ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION LLC WITH PREJUDICE

Pursuant to the stipulation of the Parties under FRCP 41(a), Trans Union is dismissed with prejudice. Plaintiff and Trans Union will bear their own attorneys' fees and costs incurred in this action.

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED: August 11, 2017

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing **STIPULATION AND ORDER FOR DISMISSAL OF DEFENDANT TRANS UNION LLC WITH PREJUDICE** was electronically served to the following parties:

Jason G. Revzin, Esq.
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
6385 South Rainbow Boulevard
Suite 600
Las Vegas, Nevada 89118
Jason.revzin@lewisbrisbois.com
*Attorneys for Defendant Trans Union LLC*

Rex D. Garner, Esq.
**AKERMAN LLP**
Nevada Bar No. 9401
1160 Town Center Drive, Suite 330
Las Vegas, Nevada 89144
rex.garner@akerman.com
*Attorneys for Defendant Bank of America, N.A*

Jennifer, L. Braster, Esq.
Andrew J. Sharples, Esq.
**NAYLOR & BRASTER**
1050 Indigo Drive, Suite 200
Las Vegas, Nevada 89145
jbraster@naylorandbrasterlaw.com
asharples@naylorandbrasterlaw.com
*Attorneys for Defendant Experian Information Solutions, Inc.*

Dated: August 10, 2017

/s/ Caesy Morales
An Employee of the Law Office of Kevin L. Hernandez